

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Connor M. Mannion
Associate
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201-525-6274
Writer's Direct Fax: 201-678-6274
Writer's E-Mail: cmannion@coleschotz.com

January 31, 2024

**<u>Via Electronic Case Filing</u>**
The Honorable Ann Marie Donio, M.J.
United States District Court for the District of New Jersey

> Re: **American Neighborhood Mortgage Acceptance Company LLC v. Richard Scott Dennis**
> **Docket No.: 1:23-cv-22065-KMW-AMD**

Dear Judge Donio:

As you know, this firm represents the plaintiff American Neighborhood Mortgage Acceptance Company, LLC ("Plaintiff") in the above captioned matter. We write to inform the Court that Plaintiff and defendant Richard Scott Dennis have reached a resolution pertaining to this matter, and are in the process of preparing a mutually acceptable settlement agreement. We will keep the Court apprised of the settlement process.

As always, we thank the Court's time and attention to this matter.

Respectfully submitted,

COLE SCHOTZ P.C.

*/s/ Connor M. Mannion*

CMM:
None
cc: All counsel of record (via electronic case filing)