# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

AMERICAN NEIGHBORHOOD
MORTGAGE ACCEPTANCE
COMPANY, LLC,

    *Plaintiff,*

v.

RICHARD SCOTT DENNIS,

    *Defendant.*

Case No. 1:23-cv-22065-KMW-AMD

Judge Karen M. Williams

## STIPULATED ORDER TO DISMISS

This matter having come before the Court on the stipulation of Plaintiff American Neighborhood Mortgage Acceptance Company, LLC and Defendant, Richard Scott Dennis, that the above-captioned matter shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and the Court being otherwise advised in the premises,

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

SO ORDERED

Dated: April 1, 2024

*Karen M Williams*
HON. KAREN M. WILLIAMS
United States District Judge

{03976227 v1}

Stipulated and Agreed:

| | |
|---|---|
| */s/ Connor M. Mannion* | Dated: 3/28/2024 |
| Connor Mannion, Esq. | |
| Attorney for Plaintiff | |

| | |
|---|---|
| */s/ Damian Christian Shammas* | Dated: 3/28/2024 |
| Damian Christian Shammas, Esq. | |
| Attorney for Defendant | |